IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 07-667 |
| JERMAINE RANDLE : | |
| : | |

## ORDER

AND NOW, this 20th day of July 2009, it is **ORDERED** that Defendant's Motion to Suppress Physical Evidence (Doc. #16) is **DENIED**.

_____
ANITA B. BRODY, J.

xc: Speedy Tr.rl

Copies **VIA ECF** on _____ to:            Copies **MAILED** on 07.22.2009 to:
                                                Jermaine Randle, Deft.

O:\ABB 2009\L - Z\U.S. v. Randle -- Suppression Order.wpd

1